# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-17-692 |
| | § | |
| THOMAS EDWARD JOHNSON | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Christina Bryan for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

SIGNED on January 18, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge