United States District Court
Southern District of Texas
**ENTERED**
May 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-17-692 |
| | § | |
| THOMAS JOHNSON | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 24). The motion for continuance is GRANTED. The sentencing hearing is reset to **July 19, 2018 at 9:00 a.m.**

SIGNED on May 1, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge